UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIMOTHY SPICER #99634                                      CIVIL ACTION

versus                                                             NO. 07-3770

BURL CAIN, WARDEN                                          SECTION: "I" (3)

# O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Timothy Spicer** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___19th___ day of December, 2007.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE